1

2

3

4

5

6

CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

7

Attorneys for Plaintiff

8

9

10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

11

12

**Scott Johnson**,

Case: 2:15-CV-01441-MCE-EFB

13

Plaintiff,

**Order**

14

v.

15

16

**George Khoury,** in his individual and representative capacity as trustee of the Khoury Naber Trust;
**Nariman Naber,** in individual and representative capacity as trustee of the Khoury Naber Trust; and Does 1-10,

17

18

19

Defendants

20

21

22

23

Having read the parties Joint Stipulation, and for good cause shown, this Court hereby continues the Settlement Conference to: September 15, 2016 at 9:00 a.m.

24

25

**IT IS SO ORDERED.**

26

Dated: May 4, 2016

27

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

28

1

Order

2:15-CV-01441-MCE-EFB