UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　Plaintiff,<br><br>v.<br><br>GEORGE KHOURY, in his individual and representative capacity as trustee of the KHOURYNABER TRUST; NarimanNaber, in individual and representative capacity as trustee of the KHOURYNABER TRUST;and Does 1-10,<br><br>Defendants | Case: 2:15-CV-01441-MCE-EFB<br><br>**ORDER** |

　　Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

　　IT IS SO ORDERED.

Dated: August 8, 2017

_/s/ Morrison C. England, Jr._
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE